## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:12CR152 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BRENDA DWYER, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Brenda Dwyer's Motion to Amend Pre-Trial Detention Order (#29). The motion is denied.

On June 29, 2012 the court held a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act. The court ordered the defendant detained pursuant to 18 U.S.C. § 3142(e) and (i). The court entered a Detention Order (#16) setting our the reasons for detention. The defendant's Motion to Amend the Pre-Trial Detention Order (#29) contains no additional evidence or information that would cause the court to reconsider its ruling. This is particularly true given the defendant's substantial prior criminal history record, including a conviction for failure to appear and four prior felony convictions.

**IT IS ORDERED,** the defendant's Motion to Amend Pre-Trial Detention Order (#29) is denied without hearing.

Dated this 1st day of August, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge